IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,       )
                                )
   Plaintiff,                   )
                                )
v.                              )        Civil Action No. 02-0060 (RBW)
                                )
LIBBEY INC., *et al.*,          )        **FILED**
                                )
   Defendants.                  )        **JAN 2 9 2002**
                                )
                                )        NANCY MAYER WHITTINGTON, CLERK
                                         U.S DISTRICT COURT

## SCHEDULING ORDER

    In accordance with the proceedings that were conducted in open court during the status conference on January 25, 2002, it is on this 29th day of January, 2002,

    ORDERED that plaintiff's expert report shall be submitted to defendants by February 1, 2002.

    It is further ORDERED that defendants' Answer and defendants' opposition to Plaintiff's Motion for Preliminary Injunction shall be filed by February 8, 2002, and any reply thereto shall be submitted by February 15, 2002.

    It is further ORDERED that the parties proposed findings of facts and conclusions of law shall be submitted by February 20, 2002.

It is further ORDERED that oral arguments in this matter shall be held on February 25,

2002, at 9:15 a.m., in courtroom 6 at the E. Barrett Prettyman United States Courthouse, 333

Constitution Avenue, NW, Washington, D.C. 20001.

SO ORDERED.

REGGIE B. WALTON
United States District Judge

copies to

Rhett R. Krulla
601 Pennsylvania Avenue, N.W.
Suite 3102
Washington, D.C. 20004

Steven H. Schulman
LATHAM & WATKINS
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004

E. Marcellus Williamson
LATHAM & WATKINS
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004

Richard C. Weisberg
512 Prescott Road
Merion, Pennsylvania 19066

William S. D'Amico
Chadbourne & Parke
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036